UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KIM PATRICK, and AG, a minor, by and through his Parent and Next Friend, KIM PATRICK,

        Plaintiffs,

-against-

SUCCESS ACADEMY CHARTER SCHOOLS, INC.; SUCCESS ACADEMY PROSPECT HEIGHTS; SYDNEY SOLOMON in her individual and official capacity as Principal of Success Academy Prospect Heights; LAMAE DE JONGH, in her individual and official capacity as Managing Director of Schools, Success Academy Charter Schools; SAMUEL COLE, in his individual and official capacity as Board Chairperson, Success Academy Charter Schools-NYC Board of Trustees; and CATHERINE SHAINKER, in her individual and official capacity as Board Member, Success Academy Charter Schools-NYC Board of Trustees,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 17-6846-PKC-RML

**AFFIDAVIT OF CHRISTOPHER N. LAVIGNE IN SUPPORT OF SUCCESS ACADEMY'S OPPOSITION TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION**

State of New York   )
                          ) ss:
County of New York  )

Christopher N. LaVigne, being duly sworn, deposes and says:

1.    I am Legal Counsel for Success Academy Charter Schools, Inc. I submit this Affidavit in support of the Defendants Success Academy Charter Schools, Inc., Success Academy Prospect Heights,[1] Sydney Solomon, LaMae de Jongh, Samuel Cole, and Catherine Shainker's Opposition to Plaintiffs' Motion for a Preliminary Injunction.

---

[1] Plaintiffs named "Success Academy Prospect Heights" as a Defendant, but the correct legal entity of the school known as Success Academy Charter School - Prospect Heights is Success Academy Charter Schools - NYC, which is the governing legal entity for Success Academy's 46 schools.

2. Attached as Exhibit A is a true and correct copy of a webpage from the New York City Department of Education's website, entitled *Procedural Guidance for Student Discipline in Charter Schools under the Individuals with Disabilities Education Act (IDEA)*.

3. Attached as Exhibit B is a true and correct copy of a September 29, 2017 letter from Plaintiffs to the Success Academy Charter Schools - NYC Board of Trustees appealing AG's removal to an IAES.

4. Attached as Exhibit C is a true and correct copy of an October 17, 2017 letter from Ms. Shainker to Ms. Bedard.

5. Attached as Exhibit D is a true and correct copy of a July 8, 2016 Letter from SUNY Charter Schools Institute. This copy has been redacted in accordance with Success Academy's FERPA obligations under 20 U.S.C. 1232g.

_____
Christopher N. LaVigne
Counsel for the Success Defendants

Sworn to before me this 8th day
of December, 2017.

_____
Notary Public

Alba King
Notary Public - State of New York
Qualified in Queens County
Commission No. 01KI6258843
Commission Expires 4/2/20